445 A.2d 212

Commonwealth v. Harris, Appellant.
Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted February 10, 1981.   John H. Corbett, Jr., for appellant;  Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and CIRILLO, JJ.

Order of the lower court is affirmed.

---

445 A.2d 212

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted September 11, 1980.   Elaine De-Masse, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.